■ Sony Corporation of America v Stone Appliance Corp.—Motion for reargument denied with $20 costs. The scope of the hearing directed in this matter should be similar in all respects to that to be held in *Sony Corp. v Uneeda Home Applicance Huntington Corp.* (47 AD2d 816). In that matter, which was affirmed without opinion by this court, Special Term directed a hearing "as to the actual loss or injury to plaintiff by reason of defendant's said conduct, *including an accounting* by defendant to plaintiff *for* all *profits* derived from defendant's sale of plaintiff's fair trade products below stipu-

lated prices." (Fourth decretal paragraph of order of Gellinoff, J., dated May 6, 1975.) (Emphasis added.) Concur—Stevens, P. J., Markewich, Lupiano, Capozzoli and Nunez, JJ.